The enclosed items are to be filed nunc pro tunc.
A copy of each of the enclosed items has been sent to the following:
Secretary General of the United Nations
White House, Office of the President
U.S. Secretary of State
Attorney General of the U.S.
Attorney General for the State of Alaska
Federal Burough of Investigation
Directors of the Secret Service
Federal Burough of Prisons
U.S. Supreme Court
Governor of Alaska
Appellate Courts of Alaska

*Anchorage the county*
seal of Our one supreme court
original jurisdiction
united States of America, dejure
*Alaska the land*

I, Christopher Brandon Baines, sovereign-in-fact, a living Man on the Land until proven otherwise, do hereby rescind for cause of failure to disclose risks, perils, and responsibilities, all signatures executed in my natural and representative capacities without exception on a certain appearance bond dated 2018 and any and all other offers, documents, instruments, and process issued to me or legal fiction, CHRISTOPHER BAINES, in the matter of case number 3AN-18-02764CR, with the exception of any and all signatures executed for the purpose of accepting for value any such offer(s). All such offers, proceedings, documents, actions, statements and instruments are hereby accepted for value and returned for full credit by notice, all such acceptance signatures whether express or implied remaining in full force and effect.



Anchorage the County
Seal of Our one supreme court
Original jurisdiction
united States of America, dejure
Alaska the land

NOTICE OF WAIVER OF BENEFITS AND PRIVILEGES

I, Christopher Brandon Baines, waive any and all benefits and privileges from the United States and all political subdivisions thereof.



NOTICE DISSOLVING ALL ADHESION CONTRACTS

I, Christopher Brandon Baines, dissolve any and all adhesion contracts with the United States and all political subdivisions thereof.





ALASKAN FRONTIER
995-997
17 SEP 2020 PM 1 L

09-21 '20 12:53

...stopher Baines 507457
Creek Correctional Center
Bette Cato Ave
...d, AK 99664

District Court of Alaska
222 West 7th Ave #48
Anchorage, AK 99513

99513-755299

Case 3:20-mc-00021-TMB   Document 1   Filed 10/13/20   Page 5 of 5